| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

√ INITIAL APPEARANCE                              DATE: September 22, 2006
❒ BOND HEARING
❒ DETENTION HEARING                          Digital Recording 4:03 - 4:31
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
❒ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06cr223-MEF   **DEFENDANT NAME:** Karen Kilgo Robinson

**AUSA:** Verne Speirs   **DEFT. ATTY:** Richard Keith

Type Counsel: ( )Retained; (√) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Tamara Martin

Interpreter needed: ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest September 22, 2006 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney Richard Keith - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed. Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒ HELD. Plea of NOT GUILTY entered. ❒Set for  DISCOVERY DISCLOSURE DATE: |
| ❒ | WAIVER of Speedy Trial.   CRIMINAL TERM: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |