**COURTROOM DEPUTY MINUTES**          DATE:  9/27/06
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING:  10:24 - 10:25

- ❏ INITIAL APPEARANCE
- ❏ DETENTION HEARING
- ❏ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ❏ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ❏ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **VANZETTA PENN MCPHERSON**   DEPUTY CLERK: **WANDA ROBINSON**

CASE NO.  **2:06cr223-MEF**          DEFT. NAME: **Karen Kilgo Robinson**

USA:  **Susan Redmond**          ATTY:  **Richard Keith**

Type Counsel:  ( ) Retained; (√) Panel CJA; ( ) Waived; ( ) CDO ;

USPTSO/USPO: _____

Defendant ____ does √ ____ does NOT need an interpreter; NAME _____

- ❏ Kars.   Date of Arrest _____  or  ❏ karsr40
- ❏ kia.   Deft. First Appearance. Advised of rights/charges. ❏ Pro/Sup Rel Violator
- ❏ Finaff.   Financial Affidavit executed ❏ to be obtained by PTS; ❏ ORAL Motion for Appt. Of Counsel.
- ❏ koappted   **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- ❏20appt.   Panel Attorney Appointed; ❏ to be appointed - prepare voucher
- ❏   Deft. Advises he will retain counsel. Has retained _____
- ❏   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❏ To be followed by written motion;
- ❏   Government's **WRITTEN** Motion for Detention Hrg. filed.
- ❏   **DETENTION HRG** ❏ held; ❏ set for _____ ; ❏ **Prelim. Hrg** ❏ Set for _____
- ❏ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ❏ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ❏ kocondrls.   Release order entered. ❏ Deft. advised of conditions of release.
- ❏ kbnd.   ❏ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
  ❏ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ❏ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ❏ ko.   Deft. **ORDERED REMOVED** to originating district
- ❏ kwvprl.   Waiver of ❏ Preliminary hearing; ❏ Kwvr40hrg. (Waiver of R.40 Hearing)
- ❏   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.   **ARRAIGNMENT** SET FOR: _____  √ **HELD**. Plea of **NOT GUILTY** entered.
  √ Trial Term  **11/27/06**         ; √ **PRETRIAL CONFERENCE DATE**: **10/16/06 @ 9:00am**
  √ **DISCOVERY DISCLOSURES DATE**:  **9/27/06**
- ❏ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ❏ krmvhrg.   Identity/Removal Hearing set for _____
- ❏ Kwvspt   **Waiver of Speedy Trial Act Rights Executed**.