MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON.   Vanzetta Penn McPherson

DATE COMMENCED: 9/28/06                    DIGITAL RECORDING: 10:01 - 10:18

DATE COMPLETED:   9/28/06

USA                                        *

vs                                         *          2:06cr223-MEF

ADAM LAMAR ROBINSON
KAREN KILGO ROBINSON
                                           *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Verne Speirs | | Tommy Goggans -Adam Robinson |
| | | Richard Keith - for Karen Robinson |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

PROCEEDINGS:

(  ) JURY TRIAL
( x ) OTHER PROCEEDINGS:    STATUS CONFERENCE

10:01 Court Convened
   Attorneys for both defendants ordered to confer regarding the financial affidavit of Mrs. Karen Kilgo Robinson and assets of the Robinson's family

10:04 Court discusses tentative date for the rescheduling of the Detention Hearing

10:08 Court in recess until attorneys complete discussions

10:15 Court Reconvened
   Attorney Richard Keith gives the Court a summary of Defendant Karen Kilgo Robinson's finances; BENCH CONFERENCE
   Counsel Richard Keith will remain as counsel for said defendant

10:18 Court Ordered Detention Hearing is rescheduled to 10/2/06 @ 2:00 p.m.
   **Received a Waiver of Speedy Trial from Karen Kilgo Robinson; Atty Keith will file a Motion to Continue case to 3/12/07 trial term**