**IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   2:06-cr-0223-MEF |
| ) | |
| **KAREN KILGO ROBINSON,** ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO CONTINUE NOVEMBER 27, 2006 TRIAL TERM**

COMES NOW, the defendant, Karen Kilgo Robinson, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the November 27, 2006 Trial Term in the above-styled cause.

As grounds in support thereof, the following is stated:

1. The defendant is charged with Aiding and Abetting in the possessing of firearms, firearm silencers and destructive devises, in violation of Title 26, U.S.C., § 5841, 5851(d), and 5871.

2. The defendant was arraigned on September 27, 2006, and trial was set for November 27, 2006.

3. The co-defendant's case was set for trial on March 12, 2007.  This defendant, after signing a Speedy Trial Waiver in open court, had the understanding that she would be set for the March 12, 2007 trial term as well.

4. This defendant requires additional time to prepare pre-trial motions to include a Motion to Suppress and Brief in Support.

5.		Assistant United States Attorney Verne Speirs has been contacted and does not oppose a continuance in this matter.

WHEREFORE, premises considered, the defendant moves that the November 27, 2006 trial be continued.

Respectfully submitted this 10th day of October, 2006.

> s/ Richard K. Keith
> **RICHARD K. KEITH (KEI003)**
> Attorney for Defendant
> **KEITH & DUBIN, PC**
> 22 Scott Street
> Montgomery, AL  36104-4012
> Telephone: (334) 264-6776
> Facsimile:    (334) 265-5362

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne Speirs, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

> s/ Richard K. Keith
> **OF COUNSEL**