IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  2:06-cr-0223-MEF |
| ) | |
| KAREN KILGO ROBINSON, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO EXTEND PRETRIAL CONFERENCE, PRETRIAL MOTIONS DEADLINE, AND CHANGE OF PLEA DEADLINE**

COMES NOW, the defendant, Karen Kilgo Robinson, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to extend the October 16, 2006 pretrial conference, the October 14, 2006 pretrial motions deadline, and the October 16, 2006 change of plea deadline.

As grounds in support thereof, the following is stated:

1. On October 11, 2006, the defendant's Unopposed Motion to Continue November 27, 2006 Trial Term was granted and this case is now set for the March 12, 2007 trial term.

2. Additional time is needed to prepare pretrial motions.

3. Assistant United States Attorney Verne Speirs has been contacted and does not oppose a continuance in this matter.

WHEREFORE, premises considered, the defendant moves to extend the October 16, 2006 pretrial conference, the October 14, 2006 pretrial motions deadline, and the October 16, 2006 change of plea deadline.

Respectfully submitted this 11th day of October, 2006.

                                           s/ Richard K. Keith
                                           **RICHARD K. KEITH (KEI003)**
                                           Attorney for Defendant
                                           **KEITH & DUBIN, PC**
                                           22 Scott Street
                                           Montgomery, AL  36104-4012
                                           Telephone:   (334) 264-6776
                                           Facsimile:   (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne Speirs, AUSA
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197

                                           s/ Richard K. Keith
                                           **OF COUNSEL**