COURTROOM DEPUTY'S MINUTES                    DATE: 10/16/06

MIDDLE DISTRICT OF ALABAMA                    Digital Recording: 9:20 - 9:27

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson
                                                                                     Adam Robinson
**CASE NUMBER:** 2:06cr223-MEF                       **DEFENDANT(S):** Karen Kilgo Robinson

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * Thomas Goggans-Adam Lamar Robinson | |
| Verne H. Speirs | * Richard Kelly Keith-Karen Kilgo Robinson | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**


❏ **PENDING MOTION STATUS:**   Motion to Continue Pretrial Motions Deadline
                                And Change of Plea Deadline

Court to issue an Order to RESET deadlines to 11/13/06 for both defendants

❏ **PLEA STATUS:**          No Discussions of Pleas


❏ **TRIAL STATUS**          3/12/07 Trial Term
                            4 Days for Trial


❏ **REMARKS:** Courtroom Deputy to confer with the USMS to determine if anyone discussed Ms. Robinson's inability to visit with Mr. Robinson; Visitation has not been disallowed by Magistrate Judge's Court Order