IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR223-MEF |
| | ) | |
| KAREN KILGO ROBINSON | ) | |
| ADAM LAMAR ROBINSON | ) | |

**ORDER**

On 16 October 2006, the court entered an order continuing the trial of this case from the trial term commencing on 27 November 2006 to the trial term commencing on 12 March 2007. At the pretrial conference conducted on 16 October 2006, defendants' counsel requested, without opposition from the government, that the pretrial deadlines be extended as well. According, for good cause it is ORDERED as follows:

1. A pretrial conference is hereby set for 13 November 2006 at 9:00 a.m., Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. **Not later than three (3) days prior to the date of the pretrial conference, counsel shall confer about the issues and matters to be discussed at the pretrial conference as set forth in this order.** Counsel who want in-custody defendants to attend must notify the Magistrate Judge within three days of the conference date so that an order to produce can be issued to the United States Marshal.

2. All pretrial motions under Fed.R.Crim.P. 12(b) and (d), 14 and 16, all notices under Fed.R.Crim.P. 12.1, 12.2 and 12.3, and any motion to compel pursuant

to this court' standing order on discovery must be filed no later than **TWO DAYS BEFORE THE FIRST PRETRIAL CONFERENCE HELD IN THIS CASE.** No motion filed after this date will be considered unless filed with leave of court. Unless otherwise ordered by the court, the continuance of the trial of a case will not extend the time for filing pretrial motions.

3.  All of the other provisions of the Order on Arraignment entered on 29 September 2006 (Doc. # 26) shall remain fully applicable and in effect.

DONE this 23rd day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE