IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr223-MEF |
| | ) | |
| KAREN KILGO ROBINSON | ) | |

## ORDER

Now pending before the court is the defendant's motion to reconsider electronic monitoring and request for jail visitation (doc. # 37). Upon consideration of the motion, and for good cause, it is

ORDERED that on or before **November 13, 2006**, the United States shall file a response to the defendant's motion.

Done this the 3rd day of November 2006.

                        /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE