IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr223-MEF |
| | ) | |
| KAREN KILGO ROBINSON | ) | |

RESPONSE TO DEFENDANT'S MOTION TO RECONSIDER ELECTRONIC
MONITORING AND REQUEST FOR JAIL VISITATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby requests that this Honorable Court deny Defendant's motion to remove electronic monitoring. As grounds in support of this response, the United States sets forth the following:

FACTS

The United States has no objection to Karen Kilgo Robinson visiting her husband, Adam Lamar Robinson, in the Montgomery City Jail. However, the United States objects to removing Karen Kilgo Robinson from any electronic monitoring.

Currently, Ms. Robinson is charged with aiding and abetting in the illegal or unauthorized possession of four firearm silencers[1], two pipe bombs[2], and two improvised explosive devices.[3]

---

[1] According to the evidence, three of these silencers were home-made and designed to attach to firearms located in the Robinson home.

[2] According to the evidence taken at Adam Robinson's detention hearing, these pipe bombs had a blast radius of 850 feet and at least one of the pipe bombs was packed with explosives and 3/8 inch steel hunting shot intended as shrapnel. ABI bomb technician Al Maddox testified before Judge McPherson and explained that anyone within the blast radius of these devises would likely be killed.

[3] According to the evidence taken at Adam Robinson's detention hearing, these improvised explosive devices were packed with explosives and shrapnel. In addition, these items were fashioned from 37mm flair shells and designed to be fired from a 37mm flair gun

Notably, after ATF agents discovered these destructive devices in the Robinson home, Ms. Robinson gave a statement indicating that the devices were "harmless." Moreover, Ms. Robinson even suggested that she made the devices.

On September 29, 2006, Ms. Robinson was arraigned before the Honorable Vanzetta Penn McPherson. Prior to her arraignment, the United States conferred with Ms. Robinson's counsel regarding detention. Counsel agreed that in lieu of seeking to detain Ms. Robinson, she would accept electronic monitoring. Based upon this representation, the United States agreed not to seek Ms. Robinson's detention.

Presently, Ms. Robinson complains of discomfort with the monitor and inability to use selected footwear. Although the electronic monitor may inconvenience Ms. Robinson, she proffers no medical evidence suggesting the electronic monitor is detrimental to her health or safety. Indeed, many other defendants have found gainful employment while on electronic monitoring. In light of serious federal charges relating to the illegal possession of dangerous explosive devices, Ms. Robinson provides no compelling reason to remove the electronic monitor.

For the reasons stated above, the defendant's motion should be DENIED.

Respectfully submitted this 13th day of November, 2006.

---

essentially creating a 37mm shotgun.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr223-MEF |
| | ) | |
| KAREN KILGO ROBINSON | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Richard Keith.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
verne.speirs@usdoj.gov