IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr223-MEF |
| | ) | |
| KAREN KILGO ROBINSON | ) | |

## ORDER

Now pending before the court is the defendant's motion to reconsider electronic monitoring and request for jail visitation (doc. # 37).  Upon consideration of the motion, and for good cause, it is

ORDERED that, to the extent that the defendant seeks removal of electronic monitoring, the motion be and is hereby DENIED.  It is further

ORDERED that, to the extent that the defendant seeks permission to visit her husband in jail, the motion be and is hereby GRANTED.

Done this 15th day of November, 2006.


          /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE