MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
### Montgomery , Alabama

HON.  WALLACE CAPEL, JR.

DATE COMMENCED:  1/16/07                    DIGITAL RECORDING: 9:03 - 9:42

DATE COMPLETED:   1/16/07

USA                                    *        2:06cr223-MEF

                                       *

vs

ADAM LAMAR ROBINSON
KAREN KILGO ROBINSON

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Verne H. Speirs | * | Thomas Goggans (Adam Robinson) |
| | * | Richard Keith (Karen Robinson) |

## COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Monica Stump, Law Clerk
Jimmy Dickens, Court Reporter

### PROCEEDINGS:

(   ) JURY TRIAL
( x ) OTHER PROCEEDINGS:    SUPPRESSION HEARING

SEE MINUTES ATTACHED

| Description | 2:06cr223-MEF:  USA vs. Adam Lamar Robinson, Karen Kilgo Robinson:  Suppression Hearing | |
| --- | --- | --- |
| **Date** | 1 /16/2007 | **Location** |

| Time | Speaker | Note |
| --- | --- | --- |
| 9:03:39 AM | Court | Convenes |
| 9:04:34 AM | Government | Offers to the Court that Karen Kilgo has no standing against search and findings in Chicago |
| 9:06:06 AM | | Rule Invoked |
| 9:06:12 AM | Government | Calls Witness Agent Dan Nugent; Witness testifies |
| 9:19:35 AM | Government | Exhibit 1 Admitted w/o Objections |
| 9:21:21 AM | Def Adam Robinson | Cross-Examines Witness |
| 9:22:32 AM | Def Karen Robinson | Cross-Examines Witness |
| 9:24:03 AM | Government | Re-Directs Witness |
| 9:27:25 AM | | Witness Excused |
| 9:28:52 AM | Court | Reasonable Suspension Addressed; Government responds; Defendant Adam Robinson replies to Goverment's response |
| 9:37:22 AM | Court | Questions Defendant Karen Robinson as to standing regarding search in Chicago |
| 9:37:41 AM | Def Karen Robinson | Responds to Court's question as to standing of search |
| 9:39:03 AM | Government | Replies to Defendant Karen Robinson's response as to standing of search |
| 9:41:55 AM | | No Witnesses for defendants; Defendants rests |
| 9:42:06 AM | | Court in Recess |

01/16/07 10:05:00

🖉AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### MIDDLE                 DISTRICT OF                 ALABAMA

USA

**GOVERNMENT'S EXHIBIT LIST**

V.

ADAM LAMAR ROBINSON

KAREN KILGO ROBINSON

Case Number:  2:06cr223-MEF

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WALLACE CAPEL, JR. | Verne H. Speirs | Thomas Goggans, Richard Keith |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Suppression Hearing 1/16/07 | Jimmy Dickens | Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 1/16/07 | x | x | Nov 15, 2006 Seacats Incident Report |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

USA                                          *
                                             *
VS.                                          *          2:06cr223-MEF
                                             *
ADAM LAMAR ROBINSON
KAREN KILGO ROBINSON

## WITNESS LIST

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| 1. _Agent Daniel Nugent_____ | 1._____ |
| 2. _____ | 2._____ |
| 3. _____ | 3._____ |
| 4. _____ | 4._____ |
| 5. _____ | 5._____ |
| 6. _____ | 6._____ |
| 7. _____ | 7._____ |
| 8. _____ | 8._____ |
| 9. _____ | 9._____ |
| 10. _____ | 10._____ |
| 11. _____ | 11._____ |
| 12. _____ | 12._____ |
| 13. _____ | 13._____ |
| 14. _____ | 14._____ |
| 15. _____ | 15._____ |
| 16. _____ | 16._____ |
| 17. _____ | 17._____ |