IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR. NO.: 2:06CR223-MEF |
| | ) | |
| KAREN KILGO ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

On 22 January 2007, Defendant Karen Kilgo Robinson filed a motion requesting permission to travel to Decatur, Alabama, to visit her mother in the Decatur General Hospital. Because Defendant has complied with her electronic monitoring since her pretrial release on 22 September 2006, it is

ORDERED that Defendant is permitted to visit her mother in the Critical Care Unit of the Decatur General Hospital in Decatur, Alabama, for one week from the date of this Order. It is further

ORDERED that Defendant shall travel from her residence in Montgomery, Alabama, to her mother's residence at 407 Williams Street, S.W., Decatur, Alabama, (telephone number 256-353-9079). Upon arrival at her mother's residence, Defendant has permission only to travel back and forth from this residence to the Critical Care Unit of the Decatur General Hospital. Defendant shall remain under constant electronic monitoring during her travel to her mother's residence and the Decatur General Hospital.

DONE this 24th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE