IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Case No.   2:06-cr-0223-MEF |
| ) | |
| KAREN KILGO ROBINSON,  ) | |
| ) | |
| Defendant.  ) | |

**MOTION TO EXTEND VISITATION FOR FUNERAL**

COMES NOW, the defendant, Karen Kilgo Robinson, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to extend her visitation in Decatur, Alabama.

As grounds in support thereof, the following is stated:

1. On January 24, 2007, this Honorable Court granted Defendant's <u>Motion to Allow Defendant Hospital Visitation</u>, allowing Defendant visitation with her critically ill mother in Decatur, Alabama.

2. Defendant's mother passed away on Wednesday, February 14, 2007.

3. The defendant requests an additional ten (10) days of visitation to plan and attend funeral services.

4. United States Probation Officer Bernard Ross and Assistant

United States Attorney Verne Speirs have been contacted and have no objection to this request.

5. The defendant will continue to comply with her electronic monitoring requirements.

WHEREFORE, premises considered, the defendant moves this Honorable Court to extend her visitation in Decatur, Alabama for at least ten (10) days.

Respectfully submitted this 14th day of February, 2007.

s/ Richard K. Keith  
**RICHARD K. KEITH (KEI003)**  
Attorney for Defendant  
**KEITH & DUBIN, P.C.**  
22 Scott Street  
Montgomery, AL  36104-4012  
Telephone: (334) 264-6776  
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne H. Speirs, AUSA  
Post Office Box 197  
Montgomery, AL 36101-0197

s/ Richard K. Keith  
**OF COUNSEL**