IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR. NO.: 2:06CR223-MEF |
| ) | |
| KAREN KILGO ROBINSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

On February 14, 2007, Defendant Karen Kilgo Robinson filed a motion requesting permission to travel to Decatur, Alabama, to plan and attend her mother's funeral in the Decatur, Alabama. Because Defendant has complied with her electronic monitoring since her pretrial release on September 22, 2006, and, more recently, with this Court's Order (Doc. #52), which granted her permission to visit her mother at Decatur General Hospital, it is

ORDERED that Defendant is permitted to plan and attend her mother's funeral in Decatur, Alabama, for ten (10) days only from the date of this Order. It is further

ORDERED that Defendant shall remain under constant electronic monitoring during her travel to Decatur, Alabama. It is further

ORDERED that Defendant shall contact Pre-Trial Services to arrange her travel plans and her electronic monitoring.

DONE this 15th day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE