| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 2/16/07 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:11 - 9:13 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. WALLACE CAPEL, JR.**    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:  2:06cr223-MEF**    **DEFENDANT(S):** Adam Lamar Robinson / Karen Kilgo Robinson

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Todd Brown | * <br> * <br> * <br> * <br> * | Tommy Goggans (Adam Robinson) <br> Richard Kelly (Karen Kilgo Robinson) |

☐ **DISCOVERY STATUS:**    Complete

☐ **PENDING MOTION STATUS:** Karen Robinson - #38 Motion to Suppress Search
   Adam Robinson - #40 Motion to Suppress Search

☐ **PLEA STATUS:**    Likely Trial

☐ **TRIAL STATUS**    3/12/07 Trial Term
   3-4 Days for Trial

☐ **REMARKS:**
   Atty. Goggans may have an issue with scheduling for 3/13/07; He will try a murder case in State Court on that date.