IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   2:06-cr-0223-MEF |
| ) | |
| KAREN KILGO ROBINSON, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO ALLOW DEFENDANT TO BE REMOVED FROM ELECTRONIC MONITORING FOR HER MOTHER'S FUNERAL**

COMES NOW, the defendant, Karen Kilgo Robinson, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to allow her to be removed from electronic monitoring for her mother's funeral.

As grounds in support thereof, the following is stated:

1. The defendant's mother's funeral is scheduled for Sunday, February 18, 2007, in Decatur, Alabama.

2. Defendant desires to attend the funeral without the electronic monitoring.

3. The defendant will communicate with United States Probation Officer Bernard Ross as to the details of the removal and reinstallment of the monitor after the funeral.

4. United States Probation Officer Bernard Ross has no objections to this

motion being granted.

WHEREFORE, premises considered, the defendant moves this Honorable Court to allow her to be removed from electronic monitoring for her mother's funeral.

Respectfully submitted this 16th day of February, 2007.

          s/ Richard K. Keith
          **RICHARD K. KEITH (KEI003)**
          Attorney for Defendant
          **KEITH & DUBIN, P.C.**
          22 Scott Street
          Montgomery, AL  36104-4012
          Telephone: (334) 264-6776
          Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne H. Speirs, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

          s/ Richard K. Keith
          **OF COUNSEL**