IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO.: 2:06CR223-MEF |
| | ) | |
| KAREN KILGO ROBINSON, | ) | |

## ORDER ON MOTION

On February 16, 2007, Defendant Karen Kilgo Robinson filed a motion requesting permission to be removed from electronic monitoring for her mother's funeral, which took place on Sunday, February 18, 2007. It is

ORDERED that Defendant DENIED as moot.

DONE this 20th day of February, 2007.

/s/ Wallace Capel, Jr._____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE