IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  2:06-cr-0223-MEF |
| | ) | |
| KAREN KILGO ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO CONTINUE MARCH 12, 2007 TRIAL**

COMES NOW, the defendant, Karen Kilgo Robinson, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the March 12, 2007 trial in the above-referenced cause.

As grounds in support thereof, the following is stated:

1. The defendant is charged with the aiding, abetting and knowing possession of firearms, firearm silencers, and destructive devices, in violation of Title 26 U.S.C., § 5841, 5851, and 5871.

2. Both the defendant and co-defendant's cases are set for trial on the March 12, 2007 trial term.

3. On February 21, 2007, Co-Defendant, Adam Robinson, filed <u>Defendant Adam Lamar Robinson's Unopposed Motion to Continue</u> requesting to continue the March 12, 2007 trial.

4. The final disposition of the co-defendant's case will determine whether there will be a trial in Defendant Karen Robinson's case.

5. Assistant United States Attorney Verne Speirs and Co-Defendant's attorney, Thomas Goggans, have no objection to this motion.

WHEREFORE, premises considered, the defendant moves that the March 12, 2007 trial be continued.

Respectfully submitted this 22nd day of February, 2007.

> s/ Richard K. Keith
> **RICHARD K. KEITH (KEI003)**
> Attorney for Defendant
> **KEITH & DUBIN, P.C.**
> 22 Scott Street
> Montgomery, AL  36104-4012
> Telephone: (334) 264-6776
> Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne H. Speirs, AUSA  
Post Office Box 197  
Montgomery, AL  36101-0197

John T. Harmon, AUSA  
Post Office Box 197  
Montgomery, AL  36101-0197

> s/ Richard K. Keith
> **OF COUNSEL**