### IN THE UNITED STATES DISTRICT COURT FOR
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  2:06-cr-0223-MEF |
| ) | |
| **KAREN KILGO ROBINSON,** ) | |
| ) | |
| **Defendant.** ) | |

### MOTION FOR PERMISSION TO ATTEND
### WEDNESDAY AND SUNDAY EVENING CHURCH SERVICES

COMES NOW, the defendant, Karen Kilgo Robinson, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court for permission to attend Wednesday and Sunday evening church services.

As grounds in support thereof, the following is stated:

1. The defendant has been on electronic monitoring since September 22, 2006, and has been attending Sunday morning church service.

2. United States Probation Office Bernard Ross is unable to give Defendant authorization to attend church on Wednesday and Sunday evenings at 7:00 p.m.

3. Assistant United States Attorney Verne Speirs has no objection to this request.

WHEREFORE, premises considered, the defendant moves this Honorable Court to allow her authorization to attend the 7:00 p.m. Wednesday and Sunday church service, in addition to the Sunday morning service.

Respectfully submitted this 19th day of March, 2007.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne Speirs, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**
