IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06cr223-MEF |
| | ) |
| KAREN KILGO ROBINSON, | ) |
| | ) |

**ORDER ON MOTION**

Before the court is a Motion for Permission to Attend Wednesday and Sunday Evening Church Services (Doc. #69), filed by the defendant, KAREN KILGO ROBINSON, on March 19, 2007. Upon consideration of the motion, it is

ORDERED that the motion is DENIED. The defendant's motion indicates that she is currently attending church services on Sunday morning. Therefore, the court is of the opinion that this order denying the motion is not denying the defendant the opportunity to attend church services. The defendant simply does not give any compelling reason as to why the court should order the Pretrial Services Officer to make any adjustments to the electronic monitoring service to allow defendant to attend additional church services.

DONE this 19th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE