IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CR. NO.: 2:06CR223-MEF |
| | ) |
| KAREN KILGO ROBINSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

On March 26, 2007, Defendant Karen Kilgo Robinson filed a motion (Doc. #71) for leave to file her objections to the undersigned Magistrate Judge's Recommendation (Doc. #61) out of time. The motion was filed twenty days after the date in which objections to this Court's Recommendations were due (Doc. #61). The motion indicates that "[d]ue to various conflicts," Defendant's counsel was unable to prepare and timely file his client's objections (Doc. #71). Although the Government does not oppose the motion, the Court finds that the motion fails to provide good cause for Defendant's lengthy delay. It is therefore

ORDERED that Defendant's motion (Doc. #71) is DENIED.

DONE this 27th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE