IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KAREN KILGO ROBINSON, )<br>)<br>Defendant. ) | CASE NO. 2:06-cr-223-MEF |

## **O R D E R**

After an independent review of the file, it is hereby ORDERED that:

1. Defendant's Appeal to District Judge (Doc. # 73), construed as an Objection to the Magistrate Judge's March 27, 2007 Order (Doc. # 72), is SUSTAINED.

2. The Magistrate Judge's March 27, 2007 Order (Doc. # 72) is VACATED.

3. The Motion for Leave to File Objections to the Recommendation of the Magistrate Judge (Doc. # 71) is GRANTED.

4. The Defendant shall file her Objections to the Recommendation of the Magistrate Judge no later than Monday, April 9, 2007.

DONE this the 6th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE