IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cr-223-MEF |
| | ) | |
| ADAM LAMAR ROBINSON | ) | |
| KAREN KILGO ROBINSON, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the Court as follows:

(1) The Recommendation of the Magistrate Judge entered on February 21, 2007 (Doc.

# 61) is ADOPTED.

(2) Adam Robinson's objections to the Recommendation of the Magistrate Judge

(Doc. # 68) are OVERRULED;

(3) Karen Robinson's objections to the Recommendation of the Magistrate Judge

(Doc. # 75) are OVERRULED;

(4) Adam Robinson's Motion to Suppress (Doc. # 40) is DENIED.

(5) Karen Robinson's Motion to Suppress (Doc. # 38) is DENIED.

DONE this the 30th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE