IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-0223-MEF |
| | ) | |
| KAREN KILGO ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SEAL INSTANTER MOTION FOR DETERMINATION OF PRESENT MENTAL CONDITION

COMES NOW, the defendant, Karen Kilgo Robinson, by and through the undersigned court-appointed counsel, Richard K. Keith, and respectfully requests this Honorable Court to seal Defendant's Instanter Motion for Determination of Present Mental Condition.

As grounds in support thereof, the following is stated:

1. Defendant's Instanter Motion for Determination of Present Mental Condition involves confidential medical issues.

Respectfully submitted this 30th day of May, 2007.

/s/ Richard K. Keith
RICHARD K. KEITH (KEI003)
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL 36104-4012
Telephone: (334) 264-6776
Facsimile: (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne H. Speirs, AUSA
Post Office Box 197
Montgomery, AL  36101-0197

_____
OF COUNSEL