IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 2:06cr223-MEF |
| KAREN KILGO ROBINSON ) | |

## ORDER ON MOTION

Upon consideration of Defendant Karen Kilgo Robinson's Motion to Seal Instanter Motion for Determination of Present Mental Condition (Doc. #79), filed on May 30, 2007, and for good cause, it is

ORDERED that the motion (Doc. #79) is GRANTED. It is further

ORDERED that the Clerk of Court shall place Defendant's Instanter Motion for Determination of Present Mental Condition (Doc. #80) UNDER SEAL until further order of this Court.

DONE this 31st day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE