IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr223-MEF |
| | ) | |
| KAREN KILGO ROBINSON | ) | |

## **ORDER**

On May 30, 2007, the defendant filed a Instanter Motion for Determination of Present Mental Condition (Doc. # 80). It is ORDERED that the motion be set for a hearing on Wednesday, June 6, 2007, at 1:00 p.m., in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned Judge.

It is further ORDERED that the defendant be present at the hearing.

DONE this 31st day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE