### IN THE UNITED STATES DISTRICT COURT FOR
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.   2:06-cr-0223-MEF |
| ) | |
| **KAREN KILGO ROBINSON,** ) | |
| ) | |
| **Defendant.** ) | |

### MOTION TO CONTINUE JUNE 6, 2007 MOTION HEARING

COMES NOW, the defendant, Karen Kilgo Robinson, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the June 6, 2007 motion hearing in the above-styled cause.

As grounds in support thereof, the following is stated:

1. Defendant's father-in-law is currently in the Trinity Medical Hospital in Birmingham, Alabama, and is scheduled to have open-heart, quadruple bypass surgery on the morning of June 6, 2007. The defendant desires to be present at the hospital.

2. Assistant United States Attorney Verne Speirs has been contacted and has no objection to a continuance in this matter.

WHEREFORE, premises considered, the defendant moves that the June 6, 2007 motion hearing be continued.

Respectfully submitted this 4th day of June, 2007.

        s/ Richard K. Keith
        **RICHARD K. KEITH (KEI003)**
        Attorney for Defendant
        **KEITH & DUBIN, PC**
        22 Scott Street
        Montgomery, AL  36104-4012
        Telephone: (334) 264-6776
        Facsimile:    (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne Speirs, AUSA
Post Office Box 197
Montgomery, AL  36101-0197

        s/ Richard K. Keith
        **OF COUNSEL**