IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   2:06-cr-0223-MEF |
| ) | |
| KAREN KILGO ROBINSON, ) | |
| ) | |
| Defendant. ) | |

### UNOPPOSED MOTION TO RESET JUNE 8, 2007 MOTION HEARING

COMES NOW, the defendant, Karen Kilgo Robinson, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the June 8, 2007 Motion Hearing to June 11, 2007.

As grounds in support thereof, the following is stated:

1. The undersigned attorney is scheduled for an out-patient medical procedure on June 8, 2007.

2. Assistant United States Attorney Verne Speirs has been contacted and has no objection to this matter being reset to Monday, June 11, 2007.

WHEREFORE, premises considered, the defendant moves that the June 8, 2007 Motion Hearing be continued to June 11, 2007.

Respectfully submitted this 5th day of June, 2007.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, PC**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:    (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne Speirs, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**