IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:06cr223-MEF |
| ) | |
| KAREN KILGO ROBINSON ) | |

## **ORDER ON MOTION**

On June 5, 2007, Defendant filed an unopposed Motion (Doc. #87) to Continue the hearing set in this case for Friday, June 8, 2007, at 9:30 a.m. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion is GRANTED. The hearing is rescheduled for **Monday, June 11, 2007, at 9:30 a.m.**, in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned Judge.

It is further ORDERED that Defendant shall be present at the hearing.

DONE this 5th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE