## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **DOCKET NO.  2:06-cr-223-MEF** |
| | ) | |
| **KAREN KILGO ROBINSON** | ) | |

### ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Upon consideration of the agreement between AUSA Verne Speirs, the defendant's counsel, Atty. Richard Keith, and Senior U.S. Probation Officer Bernard Ross to alter terms of pretrial release, it is

ORDERED that the conditions of release previously imposed on September 22, 2006, are hereby MODIFIED as follows:

The defendant shall not be required to participate in the electronic monitoring, however, all remaining conditions of release are in full force and effect. Also, Robinson is hereby ORDERED to participate in a mental health treatment program as directed by the pretrial services officer, and Pretrial Services shall pay the costs of any treatment.

**DONE** this 12th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE