### IN THE UNITED STATES DISTRICT COURT FOR
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.   2:06-cr-0223-MEF |
| ) | |
| **KAREN KILGO ROBINSON,** ) | |
| ) | |
| **Defendant.** ) | |

### RESPONSE TO JUNE 20, 2007 COURT ORDER

COMES NOW, the defendant, Karen Kilgo Robinson, by and through the undersigned attorney, Richard K. Keith, and respectfully submits her response to this Honorable Court's June 20, 2007 Court Order:

1.   Defendant Karen Kilgo Robinson has no objection to a continuance in this matter.

Respectfully submitted this 25th day of June, 2007.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, PC**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne Speirs, AUSA
Post Office Box 197
Montgomery, AL  36101-0197

>                                             s/ Richard K. Keith
>                                             **OF COUNSEL**