**IN THE UNITED STATES DISTRICT COURT FOR**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.  2:06-cr-0223-MEF |
| | ) | |
| **KAREN KILGO ROBINSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## UNOPPOSED MOTION TO CONTINUE OCTOBER 2, 2007 TRIAL

COMES NOW, the defendant, Karen Kilgo Robinson, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the October 2, 2007 Trial in the above-styled cause.

As grounds in support thereof, the following is stated:

1. This Honorable Court has set this case for trial on October 2, 2007.

2. The co-defendant (Adam Robinson) is set for sentencing on October 4, 2007.

3. At the October 4, 2007 Sentencing of co-defendant Adam Robinson, the Government will move to dismiss the charges against Defendant Karen Robinson.

4. Assistant United States Attorney Verne Speirs has been contacted and has no objection to a continuance.

WHEREFORE, premises considered, the defendant moves that the October 2, 2007 trial be continued.

Respectfully submitted this 8th day of August, 2007.

            s/ Richard K. Keith
            **RICHARD K. KEITH (KEI003)**
            Attorney for Defendant
            **KEITH & DUBIN, PC**
            22 Scott Street
            Montgomery, AL  36104-4012
            Telephone: (334) 264-6776
            Facsimile:    (334) 265-5362


## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne Speirs, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

            s/ Richard K. Keith
            **OF COUNSEL**