IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   2:06-cr-0223-MEF |
| ) | |
| KAREN KILGO ROBINSON, ) | |
| ) | |
| Defendant. ) | |

### UNOPPOSED MOTION TO CONTINUE OCTOBER 2, 2007 TRIAL

COMES NOW, the defendant, Karen Kilgo Robinson, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the October 2, 2007 Trial in the above-styled cause.

As grounds in support thereof, the following is stated:

1. This Honorable Court has set this case for trial on October 2, 2007.

2. The co-defendant (Adam Robinson) is set for sentencing on October 4, 2007.

3. At the October 4, 2007 Sentencing of co-defendant Adam Robinson, the Government will move to dismiss the charges against Defendant Karen Robinson.

4. Assistant United States Attorney Verne Speirs has been contacted and has no objection to a continuance.

WHEREFORE, premises considered, the defendant moves that the October 2, 2007 trial be continued.

**MOTION GRANTED**

THIS 8th DAY OF August, 2007

MARK E. FULLER
UNITED STATES DISTRICT JUDGE