IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr223-MEF |
| | ) | |
| KAREN KILGO ROBINSON | ) | |

MOTION TO DISMISS INDICTMENT AS TO KAREN KILGO ROBINSON

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby requests that this Honorable Court dismiss the Indictment currently pending against defendant Karen Kilgo Robinson. In support of this motion the United States asserts the following:

1. The United States reached a plea agreement with Adam Lamar Robinson (Karen Robinson's husband) wherein Adam Lamar Robinson agreed to plead guilty to, and accept responsibility for, firearms recovered from the Robinson home.

2. Pursuant to the plea agreement, the United States agreed to dismiss charges against Karen Kilgo Robinson once her husband, Adam Lamar Robinson, was sentenced.

3. Adam Lamar Robinson was sentenced to 64 months imprisonment on October 30, 2007.

4. Based upon the aforementioned, the United States now respectfully requests that the Indictment as to Karen Robinson be dismissed.

5. This motion is not intended to disturb or dismiss any charges concerning Adam Lamar Robinson.

6. Attorney for Karen Robinson, Richard Keith, Esq. does not oppose this motion.

Respectfully submitted this 2nd day of November, 2007.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          /s/ Verne H. Speirs
          VERNE H. SPEIRS
          Assistant United States Attorney
          131 Clayton Street
          Montgomery, Alabama 36104
          (334) 223-7280
          (334) 223-7135 Fax
          verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr223-MEF |
| | ) | |
| KAREN KILGO ROBINSON | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Richard Keith.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
verne.speirs@usdoj.gov