IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-223-MEF |
| | ) | |
| KAREN KILGO ROBINSON | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Dismiss Indictment (Doc. #122) filed on November 2, 2007, it is hereby

ORDERED that the motion is GRANTED and the case against Karen Kilgo Robinson is DISMISSED.

DONE this the 5th day of November, 2007.

                                                  /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE